IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-41150
Conference Calendar
_____


SHELDON MOSLEY,

                                        Petitioner-Appellant,

versus

GARY L. JOHNSON, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-99-CV-525
--------------------
June 14, 2001

Before WIENER, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:*

    Sheldon Mosley, Texas prisoner # 745915, appeals the
district court's dismissal of his 28 U.S.C. § 2254 petition as
time-barred under 28 U.S.C. § 2244(d).  Mosley contends that he
is entitled to equitable tolling of the limitations period
because he did not receive notice of the denial of his state
petition for habeas relief until after the federal limitations
period had expired.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

The district court did not abuse its discretion in determining that Mosley was not entitled to equitable tolling. See Phillips v. Donnelly, 216 F.3d 508, 511 (5th Cir. 2000); Fisher v. Johnson, 174 F.3d 710, 713 (5th Cir. 1999).

AFFIRMED.